# United States District Court
# Eastern District of California

Daniel Larins

Plaintiff(s)

V.

Christopher Chestnut, et. al.

Defendant(s)

Case Number: 1:26-CV-08873-DAD-JDP

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Alec S. Bracken hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Petitioner Daniel Larins

On 10/08/2019 (date), I was admitted to practice and presently in good standing in the Utah (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

1:26-cv-02815-JLT-CDB (HC) Castillo-Castillo v. Chestnut et al - 04/13/2026 - Granted

1:26-cv-03974-TLN-AC (HC) Lopez Chavez v. Chestnut et al - 05/22/2026 - Granted

Date: 10/27/2026 Signature of Applicant: /s/ Alec S. Bracken

**Pro Hac Vice Attorney**

Applicant's Name: Alec S. Bracken

Law Firm Name: Contigo Law

Address: P.O. Box 249

City: Midvalle State: UT Zip: 84047

Phone Number w/Area Code: (801) 980-9430

City and State of Residence: Provo, Utah

Primary E-mail Address: alec@contigo.law

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Alexa S. White

Law Firm Name: Millicent Law Group, LLC

Address: 2451 Crystal Drive, Suite 600

City: Arlington State: VA Zip: 22202

Phone Number w/Area Code: (202) 948-7948 Bar # 343072

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 11/3/2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

AO 136

# CERTIFICATE OF GOOD STANDING

# UNITED STATES DISTRICT COURT

## District of Utah

I, Gary P. Serdar, Clerk of the United States District Court, District of Utah, certify that

## Alec Stephen Bracken

Bar # **17178**, was duly admitted to practice in this Court on December 27, 2024, and is in good standing as a member of the bar of this Court.

Gary P. Serdar

*Clerk*

Dated at Salt Lake City, Utah

on October 29, 2026

United States District Court

District of Utah

*(By) Deputy Clerk*